UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **ERIC D. SMITH,** | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 3:04cv0501AS |
| | ) | |
| **DANIEL MCBRIDE,** | ) | |
| | ) | |
| Respondent | ) | |

### *MEMORANDUM OPINION AND ORDER*

On or about February 11, 2005, *pro se* petitioner Eric D. Smith, an inmate at the Maximum Correctional Facility (MCF) in Westville, Indiana, filed a petition seeking relief under 28 U.S.C. §2254. It is obvious that this court is under a mandate from the United States Court of Appeals for the Seventh Circuit entered on or about September 9, 2005. It appears that the United States magistrate judge, the Honorable Christopher A. Nuechterlein, has certainly complied with the referral from this court which in turn has complied with the mandate and order of the Court of Appeals. It thus would appear that this petitioner, Eric Smith, has gotten really more due process than he would normally get under *Wolff v. McDonnell*, 418 U.S. 539 (1974). This court now has the advantages of a record under oath. Certainly the United States magistrate judge had the additional advantage not generally available to this court in these cases of having seen and heard the witnesses in this prison disciplinary proceeding. Obviously it is this court's burden and obligation to follow the

mandates of the Court of Appeals.  The record indicates that such has been done.  It would thus appear that the federal judiciary has gone the extra mile in a due process sense, and this court is now satisfied that the magistrate judge got it right in reporting and recommending that the petitioner was not denied an opportunity to attend the disciplinary proceeding on May 25, 2004.  It is to be noted that it is highly doubtful that *Blakely v. Washington*, 540 U.S. 965 (2004) applies to this species of prisoner disciplinary proceeding, as suggested by this petitioner.

The Report and Recommendation is now in all things **APPROVED** and **CONFIRMED**.  Petition for relief under 28 U.S.C. §2254 is now **DENIED**.  **IT IS SO ORDERED**.

DATED:  January 10, 2006

S/ ALLEN SHARP
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein